# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3013
_____

HAGUN ORLANDO ALLEN, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda Lee Nobles, Judge.

January 30, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Hagun Orlando Allen, II, pro se; Jessica J. Yeary, Public Defender, and Jessica Kasey Helms Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.